**Electronically Filed
Supreme Court
SCWC-21-0000400
15-MAY-2025
08:45 AM
Dkt. 13 OGAC**

SCWC-21-0000400

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

THE BANK OF NEW YORK MELLON, formerly known as THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2006-11, Respondent/Plaintiff-Appellee,

vs.

BRENDA MERLE WHITE; ASSOCIATION OF APARTMENT OWNERS OF KUMELEWAI COURT; MILILANI TOWN ASSOCIATION, Respondents/Defendants-Appellees,

and

GABI KIM COLLINS, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000400; CASE NO. 1CC181000644)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner/Defendant-Appellant Gabi Kim Collins' application for writ of certiorari filed on April 1, 2025, is accepted.

Under Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 40.1, this court "may limit the question on review." Here, we limit

the question on review to question presented number 2 of Petitioner's application for writ of certiorari.

It is further ordered that no oral argument will be heard in this case. Any party may, within ten days and pursuant to HRAP Rule 34(c), move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, May 15, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens